|  |  |
|---|---|
| JAMES CARL KELLY,<br><br>             Plaintiff,<br><br>    v.<br><br>WARDEN OF KERN VALLEY STATE PRISON, et al.,<br><br>             Defendants. | No.  1:24-cv-01148-KES-GSA (PC)<br><br>ORDER REGARDING FINDINGS AND RECOMMENDATIONS, DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PAYMENT OF THE FILING FEE WITHIN THIRTY DAYS<br><br>(Docs. 2, 7) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 26, 2024, plaintiff submitted an application to proceed in forma pauperis. Doc. 2.  On October 9, 2024, the magistrate judge issued findings and recommendations to deny plaintiff's motion to proceed in forma pauperis because plaintiff had not filed a six-month prison trust fund account and because he has at least three dismissals that constitute a strike under 28 U.S.C. § 1915(g).  Doc. 7.  The magistrate judge noted that plaintiff had previously been identified as a three strikes litigant, *Kelly v. Sao*, No. 1:19-cv-00681-LJO-BAM.  *Id.* at 2.  The findings and recommendations were served on plaintiff and contained notice that any objections

1

were due within fourteen (14) days. *Id.* at 7.  Plaintiff has not filed objections to the findings and recommendations.

In accordance with 28 U.S.C. § 636 (b)(1), this court has conducted a de novo review of this case.  Plaintiff has at least three dismissal that constitute a strike under 28 U.S.C. § 1915(g).  For example, *Kelly v. Gyorkey*, No. 2:11-cv-02142 WBS EFB (E.D. Cal. Aug. 6, 2012) (dismissed for failure to prosecute and for failure to a state claim); *Kelly v. Elit*, No. 1:18-cv-00019 DAD SAB (E.D. Cal. June 25, 2018) (dismissed with prejudice for failure to state a claim); *Kelly v. Sao*, No. 1:18-cv-00484 DAD EPG (E.D. Cal. Oct. 16, 2018) (federal claims dismissed with prejudice for failure to state a claim) constitute strikes pursuant to 28 U.S.C. § 1915(g).

The magistrate judge correctly reasoned that plaintiff does not qualify for the imminent danger exception under 28 U.S.C. § 1915(g).  Thus, plaintiff may not proceed in forma pauperis and is required to pay the filing fee in full before proceeding any further with this action.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued October 9, 2024 (Doc. 7), are ADOPTED as set forth above;
2. Plaintiff's motion to proceed in forma pauperis (Doc. 2) is DENIED, and
3. Within thirty (30) days from the date of service of this order, plaintiff shall pay the filing fee of $405.00 if he wishes to proceed with his action.  See 28 U.S.C. § 1915(g).
4. Plaintiff is advised that failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated:   December 13, 2024

_____
UNITED STATES DISTRICT JUDGE

2