1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES CARL KELLY,                          No. 1:24-cv-01148-KES-GSA (PC)

12                       Plaintiff,             ORDER DISMISSING CASE FOR
                                                 PLAINTIFF'S FAILURE TO PAY FILING
13           v.                                  FEE

14   WARDEN OF KERN VALLEY STATE
     PRISON, et al.,
15
                         Defendants.
16

17

18          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

19   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On December 13, 2024, the Court issued an order adopting findings and recommendations

22   to deny plaintiff's application to proceed in forma pauperis.  Doc. 8.  The Court ordered plaintiff

23   to pay the filing fee in full within thirty days.  *Id.*  Plaintiff was warned that if he failed to pay the

24   filing fee within the specified time, this action would be dismissed for failure to pay the filing fee.

25   *Id.* at 2.

26          More than thirty days have passed, and plaintiff has not paid the filing fee in full, nor has

27   he requested an extension of time to do so.  Without such payment, the action cannot proceed at

28   this time.

                                                 1

Accordingly:

1.  This matter is DISMISSED without prejudice, and

2.  The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   March 18, 2025

_____
UNITED STATES DISTRICT JUDGE